United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 22, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 04-60060
Summary Calendar

JERRY SCOTT and ROBERT L. SHAW

Plaintiffs - Appellants

VERSUS

WACKENHUT CORPORATION; JAMES E. DORSEY; ENTERGY OPERATIONS, INC.;
WILLIAM C. DECK; INTERNATIONAL GUARDS UNION OF NORTH AMERICA LOCAL
#123; RONNIE L. MOORE; JAMES R. LAWSON, LOCAL #123

Defendants - Appellees

Appeal from the United States District Court
For the Southern District of Mississippi, Hattiesburg
02-CV-145

Before DAVIS, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

We affirm the judgment of the district court based on its
thorough memorandum opinion and order of December 12, 2003.

AFFIRMED.

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.